**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DJUNA LIVINGSTON,

      Plaintiff,

v.                                                                          Case No: 5:23-cv-548-JSM-PRL

TRACTOR SUPPLY COMPANY and
JANE DOE,

      Defendants.

---

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. Plaintiff failed to file a Case Management Report as required by Local Rule 3.05. On October 26, 2023, the Court entered an Order to Show Cause directing Plaintiff to respond within fourteen (14) days to why this action should not be dismissed for failure to file a Case Management Report. (Dkt. 5). Plaintiff filed a response to the Order to Show Cause on October 31, 2023 (Dkt. 6) stating that a Case Management Report was sent to opposing counsel and that the parties would file the report as soon as possible. The Case Management Report had not been filed by November 30, 2023, so the Court entered an Order directing the parties to file the report by December 8, 2023. Plaintiff was warned that failure to file the Case Management Report would result in this action being dismissed without further notice. Plaintiff did not respond, and the deadline to do so has passed. It is therefore

      **ORDERED AND ADJUDGED** as follows:

      1.    This cause is dismissed without prejudice for failure to prosecute.

2.    All pending motions, if any, are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of December, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record